JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYUS D. NEWBORN, | Case No. EDCV 11-0046-SJO (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| FRANCISCO QUINTANA, Warden, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice for failure to exhaust administrative remedies.

April 15, 2012.

Dated: _____

_S. James Otero_

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1